UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00053 |
| | ) | JUDGE CAMPBELL |
| JERRY NELSON, JR. | ) | |

ORDER

The Court is in receipt of the Mandate (Docket No. 106) from the Court of Appeals for the Sixth Circuit. The Opinion (Docket No. 105) of the Court of Appeals remanded the case for a new trial.

Accordingly, the retrial in this case is scheduled for March 25, 2014, at 9:00 a.m. A pretrial conference is scheduled for March 14, 2014, at 9:00 a.m.

Any plea agreement shall be consummated by March 10, 2014, and the Courtroom Deputy so notified. Any proposed plea agreement shall be submitted to the Court by March 11, 2014. If a plea agreement is submitted, the hearing to take the plea will take place on March 14, 2014, at 9:00 a.m.

Pretrial Filing Deadlines

The parties shall file the following with the Court, on or before March 10, 2014: (1) case specific jury instructions, with citations to supporting authorities, and verdict forms; and (2) motions in limine. Counsel for the parties shall comply timely with the discovery and motion provisions of LCrR 12.01 and 16.01.

### Continuances

Any motion to continue the trial, pretrial conference or plea dates shall be filed no later than one week before the pretrial conference date. Any motion to continue the trial shall attach a Speedy Trial Waiver signed by the Defendant or an explanation of why the Waiver is not attached.

### Attendance

The Defendant shall attend all Court proceedings in this case. If the Defendant is in custody, the Government shall take all necessary actions to secure the timely presence of the Defendant.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE