UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00053 |
| | ) | JUDGE CAMPBELL |
| JERRY NELSON, JR. | ) | |

ORDER

Pending before the Court is a Joint Motion to Set Status Hearing (Docket No. 131). The Motion is GRANTED.

A status conference is scheduled for July 2, 2014, at 1:00 p.m. The sentencing hearing will be rescheduled at the status conference.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE