UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          NO. 3:10-00053
                                  )          JUDGE CAMPBELL
JERRY CHARLES NELSON, JR.         )

ORDER

The Court has scheduled a status conference on July 2, 2014, at 1:00 p.m. In order to facilitate the status conference, the Court orders as follows.

The United States Probation Office is ordered to file a supplemental presentence report to bring it current. The Probation Office shall attend the status conference and advise when the presentence report will be completed.

At least seven (7) days prior to the sentencing date, the parties shall file any and all objections to the presentence report as supplemented by the Probation Office. The parties may not rely on objections previously filed to the 2012 presentence report. The Court will set a new sentencing date after conferring with the parties at the status conference.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE