UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00053 |
| | ) | JUDGE CAMPBELL |
| JERRY NELSON, JR. | ) | |

ORDER

Pending before the Court is a Motion to Withdraw Exhibits (Docket No. 139). The Motion is GRANTED.

It is so ORDERED.

*[signature]*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE