UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00053 |
| | ) | JUDGE CAMPBELL |
| JERRY CHARLES NELSON, JR. | ) | |

ORDER

Pending before the Court is a Motion To Withdraw (Docket No. 145), filed by counsel for the Defendant. The Court will hold a hearing on the Motion on August 12, 2014, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE